IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STEPHANIE TEOTIA AND SUMEET TEOTIA,<br>*Plaintiffs*,<br><br>V.<br><br>AMERICAN ZURICH INSURANCE COMPANY,<br>*Defendant*. | § § § § § § § § § § §   CIVIL ACTION NO. 4:22-CV-00112-ALM<br>JURY |

## ORDER OF DISMISSAL

Before the Court is the parties' *Joint Stipulation of Dismissal with Prejudice*. The parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of all claims in this lawsuit. To the extent that the parties' dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the parties shall bear their own attorney's fees and costs.

All relief not previously granted is hereby denied.

THIS IS A FINAL JUDGMENT.

**IT IS SO ORDERED.**

SIGNED this 3rd day of August, 2022.

*/s/ Amos Mazzant*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE